UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBIN BONNER,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF NEW JERSEY, DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION OF STATE POLICE; et al.,<br><br>    Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 10-2684 (JEI/JS)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Dkt. No. 11)** |

**APPEARANCES:**

SHAPIRO & SHAPIRO
By:  Louis Charles Shapiro, Esq.
1063 East Landis Ave
P.O. Box 787
Vineland, NJ 08362-0787
    Counsel for Plaintiff

MORGAN MELHUISH ABRUTYN
By:  Timothy K. Saia, Esq.
651 West Mount Pleasant Ave
Livingston, NJ 07039-1673
    Counsel for Defendants

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon Defendants Motion for Summary Judgment (Dkt. No. 11), the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this  27 th  day of January, 2012,

**ORDERED THAT:**

1. Defendants' Motion for Summary Judgment is hereby **GRANTED** as to all of Plaintiff's claims.

2. The Clerk of the Court is hereby directed to **CLOSE THIS CASE.**


                                            s/Joseph E. Irenas
                                          **JOSEPH E. IRENAS, S.U.S.D.J.**